Derek L. SIMMS, Plaintiff—Appellant,

v.

Irene GIBBS; Steven Williams; Paula Kane, Defendants—Appellees.

No. 07-7049.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 19, 2007.

Derek L. Simms, Appellant Pro Se. Kevin Bock Karpinski, Karpinski, Colaresi & Karp, PA, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek L. Simms appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Simms v. Gibbs,* No. 1:06–cv–03360–WMN (D.Md. July 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*